UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ABOUBACAR JALLOH,          PLAINTIFF'S DEMAND
        FOR A JURY TRIAL

    Plaintiff,

        Docket #
        1:07-cv-04091-NRB
-against-

THOMAS P. WENDEL,

    Defendant.
-----------------------------------------------------------------------X

COUNSEL:

    **PLEASE TAKE NOTICE**, that plaintiff demands a trial by jury on all issues in this action.

Dated: New York New York
       August 29, 2007

       Yours, etc.,

       BUDIN, REISMAN, KUPFERBERG & BERNSTEIN, LLP

       _____
       BY: GERARD A. CONNOLLY, JR, ESQ. (0247)
       Attorney(s) for Plaintiff(s)
       112 Madison Avenue
       New York, NY 10016
       (212) 696-5500
       File Number: Y8236

TO:

Law Offices of Patrick J. Maloney
Attorneys for Defendant
90 Broad Street – Suite 2202
New York, New York 10004

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK,
COUNTY OF NEW YORK ss.:

FELICIA HERNANDEZ, being duly sworn, deposes and says:

That deponent is not a party to this action, is over the age of 18 years and resides in Bronx County in the State of New York.

That on August 29, 2007, deponent served the within upon:

Law Offices of Patrick J. Maloney
Attorneys for Defendant
90 Broad Street – Suite 2202
New York, New York 10004

by depositing a true copy of the same securely enclosed in a postpaid wrapper in a Post Office Box regularly maintained by the United States Government at Madison Avenue and East 30th Street, New York, New York directed to the above mentioned attorneys at their respective address, that being the address within the State designated by them for that purpose upon the preceding papers in this action or the place where they kept an office, between which places there then was and now is regular communication by mail.

_____
FELICIA HERNANDEZ

Sworn to before me on
August 29, 2007

_____
Notary Public

YULIYA BLOKHINA
COMMISSIONER OF DEEDS
CITY OF NEW YORK
NO. 2-12193
COMMISSION EXPIRES APRIL 1, 20_09_

YULIYA BLOKHINA
COMMISSIONER OF DEEDS
CITY OF NEW YORK
No. 2-12193
COMMISSION EXPIRES APRIL 1, 20___