UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABOUBACAR JALLOH,                                            **NOTICE OF APPEARANCE**

               Plaintiff,                        Index No.: 07 Civ. 4091 (NRB)

-against-

THOMAS P. WENDEL,

               Defendant,
------------------------------------------------------------X

    PLEASE TAKE NOTICE that defendant, Thomas P. Wendel, appears in this action and that the undersigned office has been retained as the defendants' attorneys.

Dated: New York, New York
       March 31, 2008

               Yours etc.,

               LAW OFFICES OF DIFFENDERFER & SOLOMON

               BY: _____
                       Hendrick Vandamme, Esq. (7702)
               Attorneys for Defendant
               Thomas P. Wendel
               90 Broad Street – Suite 2202
               New York, New York 10004
               (646) 428-2650
               Our File No.: 2007-100069

TO:    Attn.: Harlan S. Budin., Esq.
        Budin, Reisman, Kupferberg & Bernstein, LLP
        112 Madison Avenue
        New York, New York 10016

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
COUNTY OF NEW YORK)        SS:

Laura E. Martinez, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

On March 31, 2008 I served a true copy of the **NOTICE OF APPEARANCE** by mailing same in a sealed envelope, with postage paid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York addressed to the last known address of the addressee as indicated below:

TO:   Attn.: Harlan S. Budin., Esq.
      Budin, Reisman, Kupferberg & Bernstein, LLP
      112 Madison Avenue
      New York, New York 10016

                                            _____
                                                   Laura E. Martinez

Sworn to before me on the
31   day of March 2008

_____
         Notary Public

HENDRICK VANDAMME
NOTARY PUBLIC-STATE OF NEW YORK
No. 02VA6155083
Qualified in New York County
My Commission Expires  11/12/2010

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ABOUBACAR JALLOH,                                              Index No.: 07 Civ. 4091 (NRB)
                Plaintiff,
    -against-

THOMAS P. WENDEL,

               Defendant,
-------------------------------------------------------------X

**NOTICE OF APPEARANCE**

LAW OFFICES OF DIFFENDERFER & SOLOMON
Attorneys for Defendant
Thomas P. Wendel
90 Broad Street – Suite 2202
New York, New York 10004
(646) 428-2650

**<u>Our File No.: 2007-100069</u>**