UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABOUBACAR JALLOH,

           Plaintiff,

-against-

THOMAS P. WENDEL,

           Defendant.

Index No.: 07 Civ. 4091 (NRB)

ECF CASE

**NOTICE OF MOTION
FOR SUMMARY JUDGMENT**

**Hon. Judge Naomi R. Buchwald**

| | |
|---|---|
| **MOTION BY:** | Defendant THOMAS P. WENDEL |
| **DATE and TIME:** | At a date and time to be determined by the Court. |
| **PLACE:** | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK<br>500 Pearl Street<br>New York, New York 10007<br>Before the Hon. Judge Naomi R. Buchwald |
| **SUPPORTING PAPERS:** | Affidavit of Mark A. Solomon and Memorandum of Law with attachments thereto. |
| **RELIEF DEMANDED:** | (a) An Order pursuant to FRCP 56 and N.Y. Insurance Law 5102 granting summary judgment in favor of defendant Thomas P. Jalloh dismissing the complaint and any and all claims asserted against him.<br><br>(b) Such other and further relief as this Court deems just and proper. |

Dated: New York, New York
       May 16, 2008

                              Yours, etc.,

                              **LAW OFFICES OF HARVEY & VANDAMME**
                              Attorneys for Defendant
                              THOMAS P. WENDEL

                    By: _____
                              Mark A. Solomon (2613)
                              90 Broad Street – Suite 2202
                              New York, New York 10004
                              (646) 428-2650


TO:    BUDIN, REISMAN, KUPFERBERG & BERNSTEIN, LLP
          Attorneys for Plaintiff
          ABOUBACAR JALLOH
          112 Madison Avenue
          New York, New York 10016
          (212) 696-5500


139444.doc2007-100069

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                            ss.:
COUNTY OF NEW YORK  )

       **ROBERTTA GRAHAM**, being duly sworn, deposes and says:  that deponent is not a party to this action is over 18 years of age and resides in Bronx, New York.

       That on the **16th day of May 2008**, deponent served the within **NOTICE OF MOTION FOR SUMMARY JUDGMENT and AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** upon:

TO:    BUDIN, REISMAN, KUPFERBERG & BERNSTEIN, LLP
          Attorneys for Plaintiff
          ABOUBACAR JALLOH
          112 Madison Avenue
          New York, New York 10016
          (212) 696-5500

at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in the official depository under the exclusive care and custody of the United States Post Office with the State of New York.

_____
**ROBERTTA GRAHAM**

Sworn to before me this
16th day of May, 2008

_____
Notary Public

NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RU6118288
QUALIFIED IN NEW YORK COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES ___ 8TH, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ABOUBACAR JALLOH,

                Plaintiff,

-against-

THOMAS P. WENDEL,

                Defendant.

Index No.: 07 Civ. 4091 (NRB)

ECF CASE

**Hon. Judge Naomi R. Buchwald**

## NOTICE OF MOTION FOR SUMMARY JUDGMENT
## AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**LAW OFFICES OF HARVEY & VANDAMME**
Attorneys for Defendant
THOMAS P. WENDEL
90 Broad Street – Suite 2202
New York, New York 10004
(646) 428-2650