UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABOUBACAR JALLOH,                                    Index No.: 07 Civ. 4091 (NRB)

                Plaintiff,                          **NOTICE OF APPEARANCE**

   -against-

THOMAS P. WENDEL,

                Defendant.
------------------------------------------------------------X

    **PLEASE TAKE NOTICE,** that defendant, THOMAS P. WENDEL, appears in this action and that the undersigned office has been retained as the defendants' attorneys.

Dated: New York, New York
       May 16, 2008

                                      Yours, etc.,

                                      **LAW OFFICES OF HARVEY & VANDAMME**
                                      Attorneys for Defendant
                                      THOMAS P. WENDEL

                     By: _____
                          Mark A. Solomon (2613)
                          90 Broad Street -- Suite 2202
                          New York, New York  10004
                          (646) 428-2650


TO:   BUDIN, REISMAN, KUPFERBERG & BERNSTEIN, LLP
       Attorneys for Plaintiff
       ABOUBACAR JALLOH
       112 Madison Avenue
       New York, New York 10016
       (212) 696-5500


139913.doc2007-100069

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                                           ss.:
COUNTY OF NEW YORK )

     **ROBERTTA GRAHAM**, being duly sworn, deposes and says: that deponent is not a party to this action is over 18 years of age and resides in Bronx, New York.

     That on the **16th** day of May 2008, deponent served the within **NOTICE OF APPEARANCE** upon:

TO:    BUDIN, REISMAN, KUPFERBERG & BERNSTEIN, LLP
          Attorneys for Plaintiff
          ABOUBACAR JALLOH
          112 Madison Avenue
          New York, New York 10016
          (212) 696-5500

at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in the official depository under the exclusive care and custody of the United States Post Office with the State of New York.

                                                                    _____
                                                                    ROBERTTA GRAHAM

Sworn to before me this
16th day of May, 2008

_____
Notary Public

NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RU6118288
QUALIFIED IN NEW YORK COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES 8TH, 20 08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABOUBACAR JALLOH,

            Plaintiff,

-against-

THOMAS P. WENDEL,

           Defendant.

Index No.: 07 Civ. 4091 (NRB)

ECF CASE

**Hon. Judge Naomi R. Buchwald**

**NOTICE OF APPEARANCE**

**LAW OFFICES OF HARVEY & VANDAMME**
Attorneys for Defendant
THOMAS P. WENDEL
90 Broad Street – Suite 2202
New York, New York 10004
(646) 428-2650