UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

ABOUBACAR JALLOH,

                Plaintiff,

       - v -

THOMAS P. WENDEL,

                Defendant.

-----------------------------------X

**ORDER**

07 Civ. 4091 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the trial in this matter is currently scheduled to commence on June 10, 2008; and

    **WHEREAS** defendant filed a motion for summary judgment on May 16, 2008 and plaintiff has sought leave to file a cross-motion; it is hereby

    **ORDERED** that plaintiff's brief in opposition to defendant's motion for summary judgment and in support of its cross-motion for summary judgment is due on June 4, 2008, defendant's reply and answering brief is due June 13, and plaintiff's reply brief on its cross-motion is due June 20, 2008; and it is further

    **ORDERED** that the trial in this matter shall commence on August 11, 2008 unless the Court's trial calendar permits an earlier trial.

Dated:   New York, New York
         May 20, 2008

                                          _____
                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE

        A copy of the foregoing Order has been mailed on this date to the following:

**Attorney for Plaintiff**
Adam S. Bernstein, Esq.
Budin, Reisman, Kupferberg & Bernstein
112 Madison Avenue, 2nd Floor
New York, NY 10016-7416

**Attorney for Defendant**
Mark A. Solomon, Esq.
Harvey & Vandamme
90 Broad Street, Suite 2202
New York, NY 10004