UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABOUBACAR JALLOH,

                    Plaintiff,

        -against-

THOMAS P. WENDEL,

                    Defendant.

Index No.:  07 Civ. 4091
(NRB)

ECF CASE

**NOTICE OF MOTION
IN LIMINE**

**Hon. Judge Naomi R.
Buchwald**

**PLEASE TAKE NOTICE** that upon the Affidavit of Mark A. Solomon dated July 28,
2008 and the exhibits attached thereto, the undersigned attorneys for defendant Thomas Wendel
will move this Court at UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF
NEW YORK, 500 Pearl Street, New York, New York 10007, before the Hon. Judge Naomi R.
Buchwald on a date to be determined by the Court, for a missing witness charge against plaintiff
for unless plaintiff produces Dina Nelson, M.D and Allen Greenfield, M.D. to testify at the trial
of the above captioned matter.

    **PLEASE TAKE FURTHER NOTICE,** that pursuant to Order dated July 14, 2005
answering affidavits, if any, shall be served no later than August 1, 2008.

Dated: New York, New York
        July 28, 2008

                        Yours, etc.

                        LAW OFFICES OF HARVEY AND VANDAMME

                        By:_____
                            Mark A. Solomon (2613)
                        Attorneys for Defendant
                        THOMAS WENDEL
                        90 Broad Street, Suite 2202
                        New York, NY 10004
                        (646) 428-2650

TO:    BUDIN, REISMAN, KUPFERBERG & BERNSTEIN, LLP
       Attorneys for Plaintiff
       ABOUBACAR JALLOH
       112 Madison Avenue
       New York, New York 10016
       (212) 696-5500

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ss.:
COUNTY OF NEW YORK  )

      **ROBERTTA GRAHAM**, being duly sworn, deposes and says:  that deponent is not a party to this action is over 18 years of age and resides in Bronx, New York.

      That on the **28th day of July 2008**, deponent served the within **NOTICE OF MOTION IN LIMINE** upon:

TO:    BUDIN, REISMAN, KUPFERBERG & BERNSTEIN, LLP
        Attorneys for Plaintiff
        ABOUBACAR JALLOH
        112 Madison Avenue
        New York, New York 10016
        (212) 696-5500

at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in the official depository under the exclusive care and custody of the United States Post Office with the State of New York.

                                            **ROBERTTA GRAHAM**

Sworn to before me this
28th day of July 2008

_____
     Notary Public

        *Crystal J. Franklin*
      *Notary Public of New York*
      *Registration #01FR6150968*
      *Qualified in Queens County*
       *My Commission Expires* August 7, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABOUBACAR JALLOH,

                    Plaintiff,                          Index No.:  07 Civ. 4091
                                                        (NRB)

        -against-                                       ECF CASE

THOMAS P. WENDEL,

                    Defendant.

---

## NOTICE OF MOTION IN LIMINE

---

**LAW OFFICES OF HARVEY AND VANDAMME**
Attorneys for Defendant
THOMAS WENDEL
90 Broad Street, Suite 2202
New York, NY 10004
(646) 428-2650